DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JO ANN BARONE KOTZEN**
n/k/a **JO ANN BARONE,**
Appellant,

v.

**JEFFREY H. KOTZEN,**
Appellee.

No. 4D16-2837

[August 17, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Roger B. Colton, Judge; L.T. Case No. 50-2007-DR-014415-XXXXMB.

Jo Ann Barone of Barone Law Co., Palm Beach, pro se.

Jeffrey H. Kotzen, Palm Beach, pro se.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***